RECEIVED
IN LAKE CHARLES, LA

SEP - 2 2005

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| CIRCUIT ASSEMBLY CORPORATION, Plaintiff | § § § | CIVIL ACTION NO. 2:04CV2103 |
| VERSUS | § § | JUDGE MINALDI |
| LAKE CHARLES NRG., L.L.C., Defendant | § § § | MAGISTRATE JUDGE WILSON |

## DEFAULT JUDGMENT

CONSIDERING THE FOREGOING MOTION TO CONFIRM DEFAULT JUDGMENT, as well as the REQUEST FOR ENTRY OF DEFAULT previously filed on June 1, 2005 by Plaintiff, CIRCUIT ASSEMBLY CORPORATION, and the NOTICE OF ENTRY OF DEFAULT issued on June 14, 2005, a Default Judgment is hereby entered against LAKE CHARLES NRG, L.L.C. in the amount of $91,404.10, plus judicial interest. $56,219.10 of said amount represents the principal amount of Plaintiff's claim for reimbursement of "necessary costs of response" under 42 U.S.C. § 9607(a)(B). $35,185.00 of said amount represents reimbursement of all necessary and reasonable enforcement and litigation legal fees and costs incurred by Plaintiff directly related to the recognition, satisfaction and enforcement of its claim for reimbursement pursuant to 42 U.S.C. § 9659(f) and § 9607(a), F.R. Civ. P. Rules 54(d)(1) and 54(d)(2)(A), and indemnification and reimbursement of contractual obligations of LAKE CHARLES NRG, L.L.C. to CIRCUIT ASSEMBLY CORPORATION. In addition, CIRCUIT ASSEMBLY CORPORATION is entitled to interest pursuant to 42 U.S.C. § 9607(a) at the rate established under the provisions of 26 U.S.C. § 9507(d)(3)(C) of the "Hazardous Substance

Superfund" starting on February 24, 2003 until this Judgment is fully satisfied.

THUS DONE, this __1__ day of __Sept__, 2005.

*[signature]*